

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00048-CV

———————————————

DARVETTE CHETAYE MCLEMORE, Appellant

V.

SEAN FITZGERALD MCLEMORE, Appellee

On Appeal from the 393rd District Court
Denton County, Texas
Trial Court No. 17-5268-393

Before Gabriel, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On June 12 and 24, 2020, we notified Appellant that the trial-court clerk responsible for preparing the record in this appeal had informed us that Appellant had not arranged to pay for the clerk's record. *See* Tex. R. App. P. 35.3(a)(2). In our notice, we warned that we would dismiss the appeal for want of prosecution unless, within ten days, Appellant arranged to pay for the clerk's record and provided us with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3. Appellant has not made payment arrangements for the clerk's record, and we dismiss the appeal. *See* Tex. R. App. P. 37.3(b), 42.3, 43.2(f). Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: July 30, 2020